IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ERIC C. ELLIS, SR.** (K-99019),  )
                                  )
        Plaintiff,   )
                                  )
    v.                           )   Case No. 16 C 1975
                                  )
**TOM DART**, et al.,             )
                                  )
        Defendants.  )

## MEMORANDUM ORDER

    Because it appears from the In Forma Pauperis Application ("Application") [Dkt. No. 3] submitted by pro se plaintiff Eric Ellis ("Ellis") that he will qualify for the special in forma pauperis ("IFP") status that 28 U.S.C. §1915[1] has established for prisoner litigants, the Application is provisionally granted. But to enable this Court to make the calculation called for by Section 1915(b), Ellis must submit some additional information: Although Ellis signed the Application and Complaint on January 8, 2016, those documents were not received in the Clerk's Office until 3-1/2 weeks later (on February 2), so that this Court cannot determine the date of "filing" of the Complaint -- the date on which Ellis either mailed the Complaint himself or delivered it to prison authorities for mailing.

    Accordingly Ellis must promptly provide a statement that identifies the "filing" date referred to in the preceding paragraph and explains the 3-1/2-week gap between the date on which he signed the Complaint and Application and the date on which the Clerk's Office

---

[1] All further references to Title 28's provisions will simply take the form "Section --," omitting the prefatory "28 U.S.C. §."

received those documents. If Ellis does not comply with that requirement by submitting such a statement in time for receipt in the Clerk's Office on or before March 30, 2016, such failure will result in dismissal of this action for want of prosecution.

                                             _____
                                             Milton I. Shadur
                                             Senior United States District Judge

Date: March 9, 2016