IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ERIC C. ELLIS, SR.** (K-99019), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 1975 |
| | ) | |
| **TOM DART**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This Court has just received a copy of the joint Consent to Exercise of Jurisdiction By a United States Magistrate Judge ("Consent") executed by counsel for plaintiff Eric Ellis and by counsel for the defendants in this action. Both sides' counsel's attention is called to the provisions of the Consent form that make it operative only with respect to the Magistrate Judge designated pursuant to LR 72.1 -- if that is not the case, each party has the right to object to the case's reassignment to a different Magistrate Judge. In this instance the originally designated Magistrate Judge is Honorable Jeffrey Cole, who is presently "off the wheel" and accordingly not automatically accepting new assignments. Accordingly this Court must await the execution of a modified Consent form unless both sides' counsel check with Magistrate Judge Cole's staff and advise this Court that the present Consent to Magistrate Judge Cole's calendar may remain as is.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Milton I. Shadur
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

Date:  May 2, 2016